UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nazrullah Hassankhel et al<br><br>Plaintiff,<br><br>v.<br><br>Aetna Health of California, Inc. et al<br><br>Defendants. | Case No.  CV 16-02387-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45  days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 20, 2017    _____

            ANDRÉ BIROTTE JR.
            UNITED STATES DISTRICT JUDGE