Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZRULLAH HASSANKHEL, an individual; SAIFORA HASSANKHEL, an individual; IBRAHIM HASSANKHEL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA HEALTH OF CALIFORNIA, INC., a California Corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut Corporation; AETNA HEALTH MANAGEMENT, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-02387 AB (AGRx) <br> *Judge: Andre Birotte, Jr.* <br><br> **[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, the Court hereby orders that the above-entitled action is dismissed with prejudice in its entirety. Each party shall bear its and his own fees and costs.

**IT IS SO ORDERED.**

Dated: <u>September 19, 2017</u>

_____
André Birotte Jr.
United States District Judge